HOMER MANDEVILLE, Respondent, *v.* HENRY A. GUERNSEY, Appellant.

(Argued April 25, 1872; decided November 12, 1872.)

*George B. Bradley* for the appellant.

*John W. Dininy* for the respondent.

For affirmance—CHURCH, Ch. J.
ALLEN, PECKHAM and ANDREWS, JJ., concur.
For reversal—GROVER, FOLGER and RAPALLO, JJ.
Judgment affirmed. No opinion.